# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JULIE CLOUD,**

    **Plaintiff,**

**v.**

**DOLGENCORP, INC., DOLLAR GENERAL PARTNERS, DOLGENCORP OF NEW YORK, INC., and DOLGENCORP OF TEXAS, INC.,**

    **Defendants.**                                                                   **Case No. 10-cv-314-DRH**

## ORDER

**HERNDON, Chief Judge:**

    This matter comes before the Court for case management purposes, in particular to remind Defendants of their obligation to comply with the requirements of **FEDERAL RULE OF CIVIL PROCEDURE 7.1** by filing their corporate disclosure statements "with [their] first appearance, pleading, petition, motion, response, or other request addressed to the court." Said disclosure shall be filed by **May 20, 2010**. Defendants are also reminded of their ongoing obligation to supplement said disclosure if any of the information required by Rule 7.1(a) changes.

    **IT IS SO ORDERED.**

    Signed this 12th day of May, 2010.

    /s/ David R. Herndon

    **Chief Judge**
    **United States District Court**