IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

JULIE CLOUD,

       Plaintiff,

                                                    No. 3:10-cv-00314-DRH-PMF

v.

DOLGENCORP, INC., DOLLAR
GENERAL PARTNERS,
DOLGENCORP OF NEW YORK, INC.,
and DOLGENCORP OF TEXAS, INC.,

       Defendants.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 3, 2011, this case is **DISMISSED** with prejudice. Each party shall bear its own costs.

                                      NANCY J. ROSENSTENGEL,
                                      CLERK OF COURT


                              BY:      /s/*Sandy Pannier*
                                                **Deputy Clerk**

Dated: November 4, 2011

Digitally signed by David R. Herndon
Date: 2011.11.04 10:23:47 -05'00'

APPROVED:
               CHIEF JUDGE
               U. S. DISTRICT COURT